IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FALEEF CALDWELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 20-223 |
| DAVID BYRNE, et al., | : | |
| Respondents. | : | |

JOHN M. YOUNGE, J.

**ORDER**

**AND NOW**, this  16th  day of  October , 2020, upon consideration of the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1), the Response thereto (ECF No. 9), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 11), and after a careful and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

3. A certificate of appealability **SHALL NOT** issue, as Petitioner has not made a substantial showing of a denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

2

BY THE COURT:


 /s/ John Milton Younge
JOHN M. YOUNGE, J.